```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                         CASE NO. 08 B 06259
   FELICIA A DRAKE
                                               CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY
            Debtor
   SSN XXX-XX-1727


--------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 03/17/2008 and was not confirmed.

     The case was dismissed without confirmation 05/08/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
RESCAP MORTGAGE          NOTICE ONLY    NOT FILED              .00           .00
RESCAP MORTGAGE          CURRENT MORTG       .00               .00           .00
RESCAP MORTGAGE          SECURED NOT I  65927.17               .00           .00
PRO SE DEBTOR            DEBTOR ATTY        .00                              .00
TOM VAUGHN               TRUSTEE                                             .00
DEBTOR REFUND            REFUND                                              .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                           .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                           ---------------    ---------------
TOTALS                           .00                  .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                     /s/ Tom Vaughn
     Dated: 08/26/08                 _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE
```